18-0976

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Christine Cain<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  19-11656-MDC |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

     Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

At this time, this entry is being filed for monitoring purposes only as this firm was handling the foreclosure matter at the time the bankruptcy was filed.

POWERS KIRN, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090