# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           : CHAPTER 13

    CHRISTINE CAIN                           : CASE NO. 19-11656 MDC

## CERTIFICATE OF SERVICE

Kara Cottrell, Paralegal, does hereby certify that she did make service of the AMENDED CHAPTER 13 PLAN to all interested parties on this 24th day of October 2019 by ecf notification or by first class mail, postage prepaid.

William Miller, Trustee
PO Box 1229
Philadelphia Pa 19106

Christina Cain
2502 Horsham Road
Hatboro Pa 19040

Joseph J. Olszak
Treasurer – Tax Collector
117 Park Avenue
Willow Grove PA 19090

Upper Moreland Township
117 Park Avenue
Willow Grove PA 19090

Portfolio Recovery Associates
Po box 41067
Norfolk Va 23541

Capital One
Becket and Lee
Po box 3001
Malvern Pa 19355

*Kara Cott* (signature)